# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## DETROIT DIVISION

CONLAN ABU, a California
Corporation, and AMANDA
RHOADES MOORE, an individual,

       Plaintiffs,

    v.

ALLY FINANCIAL INC.,

       Defendant.

Case No.  2:21-cv-12925-NGE-CI

## NOTIFICATION OF SETTLEMENT

Plaintiffs Conlan Abu and Amanda Moore ("Plaintiffs") and Defendant Ally

Financial Inc. ("Ally"), hereby notify the Court that Plaintiffs and Ally have reached

settlement as to all claims asserted against Ally and are in process of completing the

settlement agreement and filing the notice of voluntary dismissal.  Ally and Plaintiffs

request that the Court retain jurisdiction for any matter relating to completing the

settlement agreement and/or enforcing the settlement agreement.

Dated:  December 6, 2022           Respectfully submitted,

| | |
|---|---|
| */s/ R. Christopher Cataldo* | */s/ Ethan G. Ostroff* |
| R. Christopher Cataldo (P39353) | Ethan G. Ostroff, Esq. |
| Jaffe, Raitt, Heuer & Weiss, PC | Mark Kundmueller, Esq. (P66306) |
| *Attorneys for Plaintiffs* | Troutman Pepper Hamilton Sanders LLP |
| 27777 Franklin Rd., Ste. 2500 | 222 Central Park Ave. Suite 2000 |
| Southfield, MI 48034 | Virginia Beach, Virginia 23462 |
| Tel: (248) 351-3000 | Tel: (757) 687-7586 |
| ccataldo@jaffelaw.com | ethan.ostroff@troutman.com |
| | mark.kundmueller@troutman.com |